Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEAT SACK, INC.,

    Plaintiff,

-against-

CHILDCRAFT EDUCATION CORP.;
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,

    Defendants.
------------------------------------- X

JUDGE HOLWELL

07 CV 3344

07-CV-

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Defendants Childcraft Education Corp. and School Specialty, Inc. hereby remove the above-entitled action to this Court from the Supreme Court of the State of New York, County of New York, and in support thereof, state as follows:

1. On March 5, 2007, an action was filed in the Supreme Court of the State of New York, County of New York, entitled *Seat Sack, Inc. v. Childcraft Education Corp., et al.*, Index No. 103040/07 ("the Action"). A true and correct copy of the Summons and Complaint in the Action is attached hereto as Exhibit A.

2. In the Action, plaintiff Seat Sack, Inc. alleges ownership of a United States patent and defendants' infringement of the patent (Compl. ¶¶ 2, 43-50, 52). Pursuant to 28 U.S.C.

§ 1338, the District Court has original and exclusive jurisdiction over plaintiff's patent claim, and pursuant to 28 U.S.C. § 1331, the District Court has original jurisdiction over all civil actions arising under the laws of the United States.

3. Plaintiff also asserts claims under 15 U.S.C. §§ 1051, 1114 and 1125 (Compl. ¶¶ 10, 47, 52, 57, 59-72), over which the District Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338. The District Court has supplemental jurisdiction over plaintiff's remaining claims pursuant to 28 U.S.C. § 1367(a).

4. Accordingly, the entire Action may be removed pursuant to 28 U.S.C. § 1441(b) and (c).

5. The Action has been timely removed within thirty (30) days after receipt of the initial pleading, pursuant to 28 U.S.C. § 1446(b).

6. Counsel for defendants Childcraft Education Corp. and School Specialty, Inc. has spoken with counsel for USOP Liquidating LLC, the special purpose entity approved by the United States Bankruptcy Court for the District of Delaware to administer, liquidate, and distribute the assets of BRM Holdings, Inc. (f/k/a U.S. Office Products Company) and BRM, North Atlantic District, Inc. (f/k/a U.S. Office Products, North Atlantic District, Inc.), upon whom the Summons and Complaint have not yet been served, but who do not object to removal of the Action at this time.

7. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to counsel for plaintiff and will be filed with the Clerk of the Supreme Court of the State of New York, County of New York.

Dated: New York, New York
April 26, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
666 Fifth Avenue
New York, NY 10103

Attorneys for Defendants,
Childcraft Education Corp. and
School Specialty, Inc.

<u>OF COUNSEL</u>:

Nicholas A. Kees
Anthony S. Baish
Mark E. Schmidt
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

To: Edward J. Carroll, Esq.
Attorney for Plaintiff
2733 Route 209
Kingston, NY 12401

Hon. Norman Goodman
Clerk of the County of New York
60 Centre Street
New York, NY 10007

U.S. Office Products Company
c/o 440 New York Avenue NW, Suite 310
Washington, DC 20005

U.S. Office Products North Atlantic District, Inc.
c/o 440 New York Avenue NW, Suite 310
Washington, DC 20005