Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SEAT SACK, INC.,

    Plaintiff,

-against-

CHILDCRAFT EDUCATION CORP.;
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,

    Defendants.

------------------------------------- X

**JUDGE HOLWELL**

**07 CV 3344**

07-CV-

**DEFENDANTS CHILDCRAFT EDUCATION CORP. AND SCHOOL SPECIALTY, INC.'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action or proceeding in a district court must identify any parent corporation and any publicly held corporation that owns 10% or more of its stock or else state that there is no such corporation, defendants Childcraft Education Corp. and School Specialty, Inc., by and through their undersigned counsel, state as follows. Defendant Childcraft Education Corp. is a wholly owned subsidiary of defendant School Specialty, Inc. Defendant School Specialty, Inc. is a publicly traded corporation that has no parent corporation, and no publicly held corporation owns 10% or more of School Specialty Inc.'s stock.

Dated: New York, New York
      April 26, 2007

                                          Respectfully submitted,

                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
                                          666 Fifth Avenue
                                          New York, NY 10103
                                          (212) 506-5000

                                          By: _____
                                              Richard W. Mark (RM 6884)
                                              David M. Fine (DF 4479)

                                          Attorneys for Defendants
                                              Childcraft Education Corp. and
                                              School Specialty, Inc.

                                          OF COUNSEL:

                                              Nicholas A. Kees
                                              Anthony S. Baish
                                              Mark E. Schmidt
                                              GODFREY & KAHN, S.C.
                                              780 North Water Street
                                              Milwaukee, WI 53202-3590