Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SEAT SACK, INC.,                     :

       Plaintiff,               :

   -against-                       :   07-CV- 3344 (RJH) (DFE)

CHILDCRAFT EDUCATION CORP.;          :   **NOTICE OF APPEARANCE**
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH             :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,             :

       Defendants.              :
------------------------------------ X

C O U N S E L :

    PLEASE TAKE NOTICE that the undersigned attorneys appear as counsel of record in this action on behalf of defendants Childcraft Education Corp. and School Specialty, Inc.

    PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon defendants Childcraft Education Corp. and School Specialty, Inc. should therefore be served on the undersigned.

Dated: New York, New York  
April 26, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____  
Richard W. Mark (RM 6884)  
David M. Fine (DF 4479)  
666 Fifth Avenue  
New York, NY 10103

Attorneys for Defendants,  
Childcraft Education Corp. and  
School Specialty, Inc.

OF COUNSEL:

Nicholas A. Kees  
Anthony S. Baish  
Mark E. Schmidt  
GODFREY & KAHN, S.C.  
780 North Water Street  
Milwaukee, WI 53202-3590

To:	Edward J. Carroll, Esq.  
Attorney for Plaintiff  
2733 Route 209  
Kingston, NY 12401

U.S. Office Products Company  
c/o 440 New York Avenue NW, Suite 310  
Washington, DC 20005

U.S. Office Products North Atlantic District, Inc.  
c/o 440 New York Avenue NW, Suite 310  
Washington, DC 20005