Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
SEAT SACK, INC.,                     :

      Plaintiff,               :

    -against-                     :   07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;          :   **DECLARATION OF SERVICE**
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH             :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,             :

      Defendants.              :
------------------------------------ X

       David M. Fine, an attorney duly admitted to practice law in the State of New York, declares as follows:

      1.     I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York 10103.

      2.     On the 26th day of April, 2007, I served true copies of the annexed **Civil Cover Sheet, Notice of Removal, Defendants Childcraft Education Corp. and School Specialty, Inc.'s Statement Pursuant to Fed. R. Civ. P. 7.1(a), Individual Rules of Judge Richard J. Holwell and Magistrate Judge Douglas F. Eaton, Guidelines for Electronic Case Filing and Procedures for Electronic Case Filing** and **Notice of Appearance** upon:

                Edward J. Carroll, Esq.
                Attorney for Plaintiff
                2733 Route 209
                Kingston, NY 12401

Hon. Norman Goodman
Clerk of the County of New York
60 Centre Street
New York, NY 10007

U.S. Office Products Company
c/o 440 New York Avenue NW
Suite 310
Washington, DC 20005

U.S. Office Products North Atlantic
District, Inc.
c/o 440 New York Avenue NW
Suite 310
Washington, DC 20005

by first class mail, by depositing a true copy thereof in a postage prepaid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the address designated by them for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 26, 2007

David M. Fine (DF 4479)