Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
SEAT SACK, INC.,                       :

       Plaintiff,                     :

  -against-                           :   07-CV-3344 (RJH) (DFE)

CHILDCRAFT EDUCATION CORP.;            :   **DECLARATION OF SERVICE**
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH               :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,               :

       Defendants.                    :
-------------------------------------- X

      David M. Fine, an attorney duly admitted to practice law in the State of New York, declares as follows:

      1.    I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

      2.    On the 3rd day of May, 2007, I served true copies of the annexed **Defendants' Pre-Motion Letter Pursuant to Judge Richard J. Holwell's Individual Practices Rule 3.A** and **Defendants Childcraft Education Corp.'s and School Specialty, Inc.'s Answer and Counterclaim** upon:

                Edward J. Carroll, Esq.
                Attorney for Plaintiff
                2733 Route 209
                Kingston, NY 12401

                Sean M. Beach, Esq.
                Young Conaway Stargatt & Taylor,
                LLP

-2-

        Attorneys for USOP Liquidating LLC
        P.O. Box 391
        Wilmington, DE  19899-0391

by first class mail, by depositing true copies thereof in a postage prepaid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the address designated by them for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       May 3, 2007

                                                      _____
                                                         David M. Fine (DF 4479)