Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEAT SACK, INC.,                      :
      Plaintiff,                     :
    -against-                         :   07-CV-3344 (RJH)(DFE)
CHILDCRAFT EDUCATION CORP.;           :
US OFFICE PRODUCTS COMPANY;               **MOTION TO ADMIT COUNSEL**
US OFFICE PRODUCTS NORTH              :   ***PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :
      Defendants.                    :
------------------------------------- X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Fine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Mark E. Schmidt |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Phone Number: | (414) 273-3500 |
| Fax Number: | (414) 273-5198 |

Mark E. Schmidt is a member in good standing of the Bar of the State of Wisconsin, and is also admitted to practice in the United States Courts of Appeals for the Seventh Circuit and in the United States District Courts for the Eastern and Western Districts of Wisconsin. There are no pending disciplinary proceedings against Mark E. Schmidt in any State or Federal court.

Dated: New York, New York  
      May 7, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____  
Richard W. Mark (RM 6884)  
David M. Fine (DF 4479)  
666 Fifth Avenue  
New York, NY 10103  
Phone Number: (212) 506-5000  
Fax Number: (212) 506-5151

Attorneys for Defendants,  
Childcraft Education Corp. and  
School Specialty, Inc.

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEAT SACK, INC.,                      :

      Plaintiff,                      :

  -against-                             :    07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;           :    **AFFIDAVIT OF DAVID M. FINE IN**
US OFFICE PRODUCTS COMPANY;                **SUPPORT OF MOTION TO ADMIT**
US OFFICE PRODUCTS NORTH              :    **COUNSEL *PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :

      Defendants.                     :
------------------------------------- X

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

    David M. Fine, being duly sworn, hereby deposes and says as follows:

    1.    I am associated with Orrick, Herrington & Sutcliffe LLP, counsel for defendants Childcraft Education Corp. and School Specialty, Inc. (the "Childcraft Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Childcraft Defendants' motion to admit Mark E. Schmidt as counsel *pro hac vice* to represent them in this matter.

    2.    I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law on January 25, 2000 (State of New York)

and August 4, 2000 (District of Columbia). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Schmidt regularly serves as counsel to the Childcraft Defendants, and is familiar with the proceedings in this case.

4. Mr. Schmidt is an associate at Godfrey & Kahn, S.C., in Milwaukee, Wisconsin.

5. I have found Mr. Schmidt to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark E. Schmidt, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Mark E. Schmidt, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Mark E. Schmidt, *pro hac vice*, to represent the Childcraft Defendants in the above captioned matter, be granted.

                                                       David M. Fine (DF 4479)
                                                       Orrick, Herrington & Sutcliffe LLP
                                                       666 Fifth Avenue
                                                       New York, NY 10103
                                                       Phone Number: (212) 506-5000
                                                       Fax Number: (212) 506-5151

Sworn to and subscribed
before me this 7th day of May, 2007

_Lorraine C. Phillipe_
Notary Public

LORRAINE C. PHILLIPE
Notary Public, State of New York
No. 41-4800596
Qualified in Queens County
Commission Expires October 31, 20__

-2-



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

David R. Schanker
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

MARK SCHMIDT

*was admitted to practice as an attorney within this state on September 28, 2004 and is presently in good standing in this court.*

Dated: May 3, 2007

DAVID R. SCHANKER
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SEAT SACK, INC.,                     :

       Plaintiff,                    :

  -against-                          :    07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;          :    **ORDER FOR ADMISSION**
US OFFICE PRODUCTS COMPANY;               ***PRO HAC VICE***
US OFFICE PRODUCTS NORTH             :    **ON WRITTEN MOTION**
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,              :

       Defendants.                   :
------------------------------------ X

       Upon the motion of David M. Fine, attorney for defendants Childcraft Education Corp.

and School Specialty, Inc., and said sponsor attorney's affidavit in support;

       **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark E. Schmidt |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Telephone/Fax: | (414) 273-3500 / (414) 273-5198 |
| Email Address: | mschmidt@gklaw.com |

is admitted to practice *pro hac vice* as counsel for defendants Childcraft Education Corp. and School Specialty, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                                                     _____
                                                                       United States District/Magistrate Judge

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEAT SACK, INC.,                      :
      Plaintiff,                      :
    -against-                            :    07-CV-3344 (RJH)(DFE)
CHILDCRAFT EDUCATION CORP.;           :
US OFFICE PRODUCTS COMPANY;               **MOTION TO ADMIT COUNSEL**
US OFFICE PRODUCTS NORTH              :    *PRO HAC VICE*
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :
      Defendants.
------------------------------------- X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Fine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Anthony S. Baish |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Phone Number: | (414) 273-3500 |
| Fax Number: | (414) 273-5198 |

Anthony S. Baish is a member in good standing of the Bar of the State of Wisconsin, and is also admitted to practice in the United States Courts of Appeals for the Seventh Circuit and the Federal Circuit, and in the United States District Courts for the Eastern and Western Districts of Wisconsin, the Northern District of Indiana, and the Western District of Michigan. There are no pending disciplinary proceedings against Anthony S. Baish in any State or Federal court.

Dated: New York, New York
     May 7, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Attorneys for Defendants,
Childcraft Education Corp. and
School Specialty, Inc.

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SEAT SACK, INC.,                          :

      Plaintiff,                          :

  -against-                              :        07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;         :       **AFFIDAVIT OF DAVID M. FINE IN**
US OFFICE PRODUCTS COMPANY;                 **SUPPORT OF MOTION TO ADMIT**
US OFFICE PRODUCTS NORTH            :       **COUNSEL *PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,             :

      Defendants.                         :

------------------------------------- X

STATE OF NEW YORK      )
                       ) ss.
COUNTY OF NEW YORK     )

      David M. Fine, being duly sworn, hereby deposes and says as follows:

    1.    I am associated with Orrick, Herrington & Sutcliffe LLP, counsel for defendants Childcraft Education Corp. and School Specialty, Inc. (the "Childcraft Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Childcraft Defendants' motion to admit Anthony S. Baish as counsel *pro hac vice* to represent them in this matter.

    2.    I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law on January 25, 2000 (State of New York)

and August 4, 2000 (District of Columbia). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Baish regularly serves as counsel to the Childcraft Defendants, and is familiar with the proceedings in this case.

4. Mr. Baish is a partner at Godfrey & Kahn, S.C., in Milwaukee, Wisconsin.

5. I have found Mr. Baish to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Anthony S. Baish, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Anthony S. Baish, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anthony S. Baish, *pro hac vice*, to represent the Childcraft Defendants in the above captioned matter, be granted.

                                                   _____
                                                   David M. Fine (DF 4479)
                                                   Orrick, Herrington & Sutcliffe LLP
                                                   666 Fifth Avenue
                                                   New York, NY  10103
                                                   Phone Number:  (212) 506-5000
                                                   Fax Number:  (212) 506-5151

Sworn to and subscribed

before me this ____ day of May, 2007

_____
Notary Public

LORRAINE C. PHILLIPE
Notary Public, State of New York
No. 41-4800596
Qualified in Queens County
Commission Expires October 31, 20__

-2-



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK

110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## *CERTIFICATE OF GOOD STANDING*

I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

ANTHONY S. BAISH

was admitted to practice as an attorney within this state on April 21, 1998 and is presently in good standing in this court.

Dated: May 3, 2007

*signature*

DAVID R. SCHANKER
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEAT SACK, INC.,                      :

       Plaintiff,                    :

  -against-                          :   07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;           :   **ORDER FOR ADMISSION**
US OFFICE PRODUCTS COMPANY;               ***PRO HAC VICE***
US OFFICE PRODUCTS NORTH              :   **ON WRITTEN MOTION**
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :

       Defendants.                   :
------------------------------------- X

      Upon the motion of David M. Fine, attorney for defendants Childcraft Education Corp. and School Specialty, Inc., and said sponsor attorney's affidavit in support;

      **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Anthony S. Baish |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Telephone/Fax: | (414) 273-3500 / (414) 273-5198 |
| Email Address: | tbaish@gklaw.com |

is admitted to practice *pro hac vice* as counsel for defendants Childcraft Education Corp. and School Specialty, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                            _____
                                            United States District/Magistrate Judge

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SEAT SACK, INC.,                     :
      Plaintiff,                    :
  -against-                         :  07-CV-3344 (RJH)(DFE)
CHILDCRAFT EDUCATION CORP.;          :
US OFFICE PRODUCTS COMPANY;             **MOTION TO ADMIT COUNSEL**
US OFFICE PRODUCTS NORTH             :  ***PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,              :
      Defendants.
------------------------------------ X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Fine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Nicholas A. Kees |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Phone Number: | (414) 273-3500 |
| Fax Number: | (414) 273-5198 |

Nicholas A. Kees is a member in good standing of the Bar of the State of Wisconsin, and is also admitted to practice in the United States District Court for the Eastern and Western Districts of Wisconsin and the United States Court of Appeals for the Federal Circuit. There are no pending disciplinary proceedings against Nicholas A. Kees in any State or Federal court.

Dated: New York, New York
      May 7, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Attorneys for Defendants,
Childcraft Education Corp. and
School Specialty, Inc.

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEAT SACK, INC.,                      :

      Plaintiff,                       :

  -against-                          :   07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;           :   **AFFIDAVIT OF DAVID M. FINE IN**
US OFFICE PRODUCTS COMPANY;              **SUPPORT OF MOTION TO ADMIT**
US OFFICE PRODUCTS NORTH              :   **COUNSEL *PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :

      Defendants.                      :
------------------------------------- X

STATE OF NEW YORK     )
                      ) ss.
COUNTY OF NEW YORK    )

      David M. Fine, being duly sworn, hereby deposes and says as follows:

    1.    I am associated with Orrick, Herrington & Sutcliffe LLP, counsel for defendants Childcraft Education Corp. and School Specialty, Inc. (the "Childcraft Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Childcraft Defendants' motion to admit Nicholas A. Kees as counsel *pro hac vice* to represent them in this matter.

    2.    I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law on January 25, 2000 (State of New York)

and August 4, 2000 (District of Columbia). I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Mr. Kees regularly serves as counsel to the Childcraft Defendants, and is familiar with the proceedings in this case.

4. Mr. Kees is a partner at Godfrey & Kahn, S.C., in Milwaukee, Wisconsin.

5. I have found Mr. Kees to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Nicholas A. Kees, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Nicholas A. Kees, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Nicholas A. Kees, *pro hac vice*, to represent the Childcraft Defendants in the above captioned matter, be granted.

_____
David M. Fine (DF 4479)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Sworn to and subscribed
before me this 7th day of May, 2007

_____
Notary Public

LORRAINE C. PHILLIPE
Notary Public, State of New York
No. 41-4800598
Qualified in Queens County
Commission Expires October 31, 20__



## WISCONSIN SUPREME COURT
### OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## *CERTIFICATE OF GOOD STANDING*

*I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*NICHOLAS A. KEES*

*was admitted to practice as an attorney within this state on May 21, 1979 and is presently in good standing in this court.*

*Dated: May 3, 2007*

*DAVID R. SCHANKER
Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEAT SACK, INC.,                      :

        Plaintiff,                    :

  -against-                          :   07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;           :   **ORDER FOR ADMISSION**
US OFFICE PRODUCTS COMPANY;               ***PRO HAC VICE***
US OFFICE PRODUCTS NORTH              :   **ON WRITTEN MOTION**
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :

        Defendants.                   :
------------------------------------- X

        Upon the motion of David M. Fine, attorney for defendants Childcraft Education Corp. and School Specialty, Inc., and said sponsor attorney's affidavit in support;

        **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Nicholas A. Kees |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Telephone/Fax: | (414) 273-3500 / (414) 273-5198 |
| Email Address: | nakees@gklaw.com |

is admitted to practice *pro hac vice* as counsel for defendants Childcraft Education Corp. and School Specialty, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                              _____
                                              United States District/Magistrate Judge

Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
SEAT SACK, INC.,                     :

      Plaintiff,               :

  -against-                         :   07-CV-3344 (RJH) (DFE)

CHILDCRAFT EDUCATION CORP.;          :   **DECLARATION OF SERVICE**
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH             :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,             :

      Defendants.              :
------------------------------------ X

      David M. Fine, an attorney duly admitted to practice law in the State of New York, declares as follows:

    1.    I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

    2.    On the 7th day of May, 2007, I served true copies of the annexed **Motions to Admit Counsel *Pro Hac Vice***, **Affidavits of David M. Fine in Support of Motions to Admit Counsel *Pro Hac Vice***, **Certificates of Good Standing**, and **Proposed Orders for Admission *Pro Hac Vice* on Written Motion** upon:

        Edward J. Carroll, Esq.
        Attorney for Plaintiff
        2733 Route 209
        Kingston, NY 12401

        Sean M. Beach, Esq.
        Young Conaway Stargatt & Taylor, LLP

-2-

> Attorneys for USOP Liquidating LLC
> (f/k/a US Office Products Company
> and US Office Products North Atlantic
> District, Inc.)
> P.O. Box 391
> Wilmington, DE 19899-0391

by first class mail, by depositing true copies thereof in a postage prepaid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the address designated by them for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 7, 2007

_____
David M. Fine (DF 4479)