UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SEAT SACK, INC.,

        Plaintiff,

-against-

CHILDCRAFT EDUCATION CORP.; US OFFICE
PRODUCTS COMPANY; US OFFICE
PRODUCTS NORTH ATLANTIC DISTRICT,
INC.; and SCHOOL SPECIALTY, INC.,

        Defendants.
----------------------------------------x

AFFIDAVIT
OF SERVICE

07-CV-3344
(RJH)(DFE)

STATE OF NEW YORK)
                )SS.:
COUNTY OF ULSTER)

    I, MARGARET DINGMAN, being duly sworn, deposes and says:

    1. I am not a party to the action, and am over the age of 18 years and reside in Kingston, New York.

    2. On May 21, 2007, I served one true copy of the annexed Reply by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        Attorneys for Defendants - Childcraft Education Corp., and School
          Specialty, Inc.
        Att: Richard W. Mark, Esq., (RM6884)
        666 Fifth Avenue
        New York, New York 10103

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Attorneys for Defendants - US Office Products Company and US
Office Products North Atlantic District, Inc.
Att: Sean M. Beach, Esq.
P.O. Box 391
Wilmington, Delaware 19899-0391

_____
MARGARET DINGMAN

Sworn to before me this
21st day of May, 2007.

_____
Notary Public

Debra L. Leacock
Notary Public, State of New York
Qualified in Ulster County
Commission Expires January 14, 2011