UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

SEAT SACK, INC.,                       PLAINTIFF'S
                                                                     STATEMENT
              Plaintiff,                   PURSUANT TO
   -against-                                 FED. R. CIV.
                                                           P. 7.1(A)

CHILDCRAFT EDUCATION CORP.; US OFFICE
PRODUCTS COMPANY; US OFFICE
PRODUCTS NORTH ATLANTIC DISTRICT,         07-CV-3344
INC.; and SCHOOL SPECIALTY, INC.,            (RJH)(DFE)

              Defendants.
---------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, which provides that a nongovernmental corporate party to an action or proceeding in a district court must identify any parent corporation and any publicly held corporation that owns 10% or more of its stock or else state that there is no such corporation, plaintiff, Seat Sack, Inc., by and through its undersigned counsel, states as follows. Plaintiff, Seat Sack, Inc., is a foreign corporation that has no parent corporation, and no publicly held corporation owns 10% or more of Seat Sack, Inc.'s stock.

Dated: May 22, 2007

                                     _____
                                     EDWARD J. CARROLL, ESQ. (ec6937)
                                     Attorney for Plaintiff
                                     2733 Route 209
                                     Kingston, New York 12401
                                     (845) 338-5977

TO: ORRICK, HERRINGTON & SUTCLIFFE, LLP
     Attorneys for Defendants - Childcraft Education Corp., and School
      Specialty, Inc.
     Att: Richard W. Mark, Esq., (RM6884)
     666 Fifth Avenue
     New York, New York 10103

     YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
     Attorneys for Defendants - US Office Products Company and US Office
      Products North Atlantic District, Inc.
     Att: Sean M. Beach, Esq.
     P.O. Box 391
     Wilmington, Delaware 19899-0391

TO: ORRICK, HERRINGTON & SUTCLIFFE, LLP