UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

SEAT SACK, INC.,                            AFFIDAVIT
                                             OF SERVICE
                Plaintiff,

-against-                                  07-CV-3344
                                             (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.; US OFFICE
PRODUCTS COMPANY; US OFFICE
PRODUCTS NORTH ATLANTIC DISTRICT,
INC.; and SCHOOL SPECIALTY, INC.,

                Defendants.
----------------------------------------x


STATE OF NEW YORK)
                        )SS.:
COUNTY OF ULSTER)


       I, MARGARET DINGMAN, being duly sworn, deposes and says:

       1. I am not a party to the action, and am over the age of 18 years and reside in Kingston, New York.

       2. On May 22, 2007, I served one true copy of the annexed Plaintiff's Statement Pursuant to Fed. R. Civ. P. 7.1(A) by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of the addressee(s) as indicated below:

                ORRICK, HERRINGTON & SUTCLIFFE, LLP
                Attorneys for Defendants - Childcraft Education Corp., and School
                  Specialty, Inc.
                Att: Richard W. Mark, Esq., (RM6884)
                666 Fifth Avenue
                New York, New York 10103

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Attorneys for Defendants - US Office Products Company and US Office Products North Atlantic District, Inc.
Att: Sean M. Beach, Esq.
P.O. Box 391
Wilmington, Delaware 19899-0391

*/s/ Margaret Dingman*
MARGARET DINGMAN

Sworn to before me this
22nd day of May, 2007.

*/s/ Debra L. Leacock*
Notary Public

Debra L. Leacock
Notary Public, State of New York
Qualified in Ulster County
Commission Expires January 14, 2011