UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SEAT SACK, INC.,

                Plaintiff,

                07 Civ. 3344 (RJH)

      -against-

                **ORDER**

CHILDCRAFT EDUCATION CORP., et al.,

                Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07

The Court has received defendants Childcraft Education Corp. and School Specialty, Inc.'s premotion letter dated May 3, 2007 requesting permission to file a motion to dismiss portions of plaintiff's Complaint and plaintiff's response dated May 23, 2007. A premotion conference will not be necessary. Defendants shall file their opening papers on or before June 27, 2007. Plaintiff shall file its opposition on or before July 25, 2007. Defendants shall file their reply on or before August 8, 2007.

SO ORDERED.

Dated: New York, New York
       May 31, 2007

                                                  Richard J. Holwell
                                                  United States District Judge