UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
SEAT SACK, INC.,

        Plaintiff,

   -against-

CHILDCRAFT EDUCATION CORP.;
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,

        Defendants.
------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07
```

07-CV-3344 (RJH)(DFE)

**ORDER FOR ADMISSION**
*PRO HAC VICE*
**ON WRITTEN MOTION**

[8]

Upon the motion of David M. Fine, attorney for defendants Childcraft Education Corp. and School Specialty, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark E. Schmidt |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Telephone/Fax: | (414) 273-3500 / (414) 273-5198 |
| Email Address: | mschmidt@gklaw.com |

is admitted to practice *pro hac vice* as counsel for defendants Childcraft Education Corp. and School Specialty, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 13, 2007
City, State: New York, New York

                                                                                       United States District/Magistrate Judge