Richard W. Mark
David M. Fine
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------- X
SEAT SACK, INC.,                       :

      Plaintiff,                      :

  -against-                           :    CASE NO.  07-CIV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;            :
US OFFICE PRODUCTS COMPANY;                 **NOTICE OF MOTION TO DISMISS**
US OFFICE PRODUCTS NORTH                    **PURSUANT TO FEDERAL RULES OF**
ATLANTIC DISTRICT, INC.; and           :    **CIVIL PROCEDURE 9(b) AND 12(b)(6)**
SCHOOL SPECIALTY, INC.,
                                       :
      Defendants.
                                       :
-------------------------------------- X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Anthony S. Baish, executed on June 27, 2007 and the exhibits thereto, the accompanying Memorandum of Law, and upon all pleadings filed herein, defendants Childcraft Education Corp and School Specialty, Inc. ("Childcraft") will move this Court, before the Honorable Richard J. Holwell, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 17B, New York, New York, 10007-1312, for an order dismissing the Verified Complaint in the above-referenced action (dated February 6, 2007) pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure on August 8, 2007, or any date thereafter convenient to the Court and parties.

PLEASE TAKE FURTHER NOTICE that, in accordance with this Court's May 31 2007 order, plaintiff shall file its opposition to the motion on or before July 25, 2007, and Childcraft shall file its reply on or before August 8, 2007.

Dated: June 27, 2007

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   s/ Richard W. Mark
    Richard W. Mark
    David M. Fine
    666 Fifth Avenue
    New York, NY  10103

    Attorneys for Defendants,
    Childcraft Education Corp. and
    School Specialty, Inc.

OF COUNSEL:

Nicholas A. Kees
Anthony S. Baish
Mark E. Schmidt
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI  53202-3590

To:   Edward J. Carroll, Esq.
    Attorney for Plaintiff
    2733 Route 209
    Kingston, NY  12401

    Sean M. Beach, Esq.
    Young Conaway Stargatt & Taylor, LLP
    Attorneys for USOP Liquidating LLC
    (f/k/a US Office Products Company and
    US Office Products North Atlantic District, Inc.)
    P.O. Box 391
    Wilmington, DE  19899-0391