UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
SEAT SACK, INC.,                            :

       Plaintiff,                          :

  -against-                                :  CASE NO. 07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;                 :  **DECLARATION OF ANTHONY S.**
US OFFICE PRODUCTS COMPANY;                    **BAISH**
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and                :
SCHOOL SPECIALTY, INC.,
                                            :
       Defendants.
                                            :
------------------------------------------- X

    I, Anthony S. Baish, under penalty of perjury, hereby declare as follows:

    1.    I make this Declaration on personal knowledge of the facts and circumstances set forth herein.

    2.    I am one of the attorneys for Defendants Childcraft Education Corp. and School Specialty Inc.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of the Complaint filed by Plaintiff Seat Sack, Inc. in the above-referenced action.

    4.    Attached hereto as Exhibit 2 is a true and correct copy of the Product Distribution Agreement between Defendant Childcraft Education Corp. and Plaintiff Seat Sack, Inc.

    Dated this 27th day of June, 2007.

                                            */s/ Anthony S. Baish*
                                            Anthony S. Baish

mw1337794_1