Richard W. Mark
David M. Fine
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SEAT SACK, INC.,                          :

         Plaintiff,                       :

   -against-                           :     07-CV-3344 (RJH) (DFE)

CHILDCRAFT EDUCATION CORP.;               :     **DECLARATION OF SERVICE**
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH                   :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALITY, INC.,                   :

        Defendants.                      :

------------------------------------- X

      Cindy Yang, an attorney duly admitted to practice law in the State of New York, declares as follows:

      1.     I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

      2.     On the 27th day of June, 2007, I served true copies of the annexed **Notice of Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), Memorandum of law in Support of Defendants' Motion to Dismiss and Motion for A More Definite Statement** and **Declaration of Anthony S. Baish with exhibits** upon:

               Edward J. Carroll, Esq.
               Attorney for Plaintiff
               2733 Route 209
               Kingston, NY 12401

               Sean M. Beach, Esq.
               Young Conaway Stargatt & Taylor,
               LLP

Attorneys for USOP Liquidating LLC
(f/k/a US Office Products Company
and US Office Products North Atlantic
District, Inc.)
P.O. Box 391
Wilmington, DE  19899-0391

by first class mail, by depositing true copies thereof in a postage prepaid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the address designated by them for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        June 27, 2007

Cindy Yang
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NY  10103
TELEPHONE:  (212) 506-5000
FACSIMILE:  (212) 506-5151