EDWARD J. CARROLL, ESQ.
2733 Route 209
Kingston, New York 12401
Telephone: 845-338-5977
Facsimile: 845-338-5975

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

SEAT SACK, INC.,

                Plaintiff,

  -against-                              **NOTICE OF CROSS-MOTION**

CHILDCRAFT EDUCATION CORP.;          Case No. 07-CV-3344 (RJH)(DFE)
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,

                Defendants.

----------------------------------x

SIRS:

   PLEASE TAKE NOTICE, that upon the annexed Affidavit of EDWARD J. CARROLL, ESQ., sworn to on the 24th day of July, 2007, the Affidavit of Ann McAlear, sworn to on the 21st day of March, 2007, the exhibits submitted in support thereof, and the accompanying Memorandum of Law, and upon all the pleadings filed herein, plaintiff, SEAT SACK, INC., will cross-move this Court, before the HONORABLE RICHARD J. HOLWELL, United States District Judge, in the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom

- 1 -

17B, New York, New York 10007-1312, on the 8th day of August, 2007, or any date thereafter convenient to the Court and parties, for an Order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure granting plaintiff a preliminary injunction, during the pendency of this action, enjoining the defendant(s) from (a) advertising, marketing and/or selling their product known as "Seat Pocket", either on the wholesale, or retail market, and/or (b) continuing their deceptive trade practices of (1) artificially inflating the sale price of plaintiff's "Seat Sack" to induce sales of "Seat Pocket"; and/or (2) operating their website which, when a general consumer searches for "Seat Sack", transfers that consumer to a "Seat Pocket" under conditions which mislead and/or confuse the public; and/or (3) advertising defendants' "Seat Pocket" as a "Seat Sack cc edu"; and/or (4) in any manner competing with plaintiff's product "Seat Sack", together with such other and further relief as to the Court may deem just and proper under the circumstances.

Dated: July 24, 2007

Respectfully submitted,

_____
EDWARD J. CARROLL, ESQ.
Attorney for Plaintiff, SEAT SACK, INC.
2733 Route 209
Kingston, New York 12401
(845) 338-5977

TO: ORRICK, HERRINGTON & SUTCLIFF, LLP
    Att: RICHARD W. MARK, ESQ. and DAVID M. FINE, ESQ.
    Attorneys for Defendants, CHILDCRAFT EDUCATION CORP.
    and SCHOOL SPECIALTY, INC.
    666 Fifth Avenue
    New York, New York  10103

GODFREY & KAHN, S.C. (OF COUNSEL)
Att: ANTHONY S. BAISH, ESQ., MARK E. SCHMIDT, ESQ.
and NICHOLAS A. KEES, ESQ.
Attorneys for Defendants, CHILDCRAFT EDUCATION CORP.
and SCHOOL SPECIALTY, INC.
780 North Water Street
Milwaukee, Wisconsin 53202

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Att: SEAN M. BEACH, ESQ.
Attorneys for USOP LIQUIDATING LLC (f/k/a US OFFICE
PRODUCTS COMPANY and US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.)
P.O. Box 391
Wilmington, Delaware 19899