Exhibit B



The Commissioner of Patents and Trademarks

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the design throughout the United States of America for the term of fourteen years from the date of this patent.*

Bruce Lehman
Commissioner of Patents and Trademarks

Sandra J. Morton
Attest

US00D358731S

# United States Patent [19]

**Patent Number:** Des. 358,731

**Date of Patent:** ** May 30, 1995

[54] SACK FOR HANGING ON THE BACK OF A CHAIR

[76] Inventor: Anne M. McAlear, 110 Ridge Dr., Naples, Fla. 33963

[**] Term: 14 Years

[21] Appl. No.: 10,249

[22] Filed: Jul. 2, 1993

[52] U.S. Cl. .................................................... D6/513

[58] Field of Search ................ D6/567, 513, 611, 343, D6/502; 297/188, 191, 224

### References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 309,227 | 7/1990 | Popiolkowski | D6/601 |
| D. 316,649 | 5/1991 | Swanner | D6/611 |
| 3,479,085 | 11/1969 | Weinstein | 297/219 |
| 4,232,898 | 11/1980 | Bodrero | 297/224 X |
| 4,273,380 | 6/1981 | Silvestri | 297/191 |
| 4,302,046 | 11/1981 | Lazazzero | 297/191 |
| 4,877,288 | 10/1989 | Lee | 297/229 |
| D. 329,308 | 8/1992 | Ziman | 297/191 |
| D. 351,019 | 10/1994 | Nicholas | 297/191 |

Primary Examiner—Brian N. Vinson
Attorney, Agent, or Firm—Merrill N. Johnson

### CLAIM

The ornamental design for sack for hanging on the back of a chair, as shown.

### DESCRIPTION

FIG. 1 is a perspective view of my sack for hanging on the back of a chair;
FIG. 2 is a front elevational view of my sack for hanging on the back of a chair;
FIG. 3 is a rear elevational view of my sack for hanging on the back of a chair;
FIG. 4 is a plane view, taken from above, of my sack for hanging on the back of a chair;
FIG. 5 is a plane view, taken from below, of my sack for hanging on the back of a chair; and,
FIG. 6 is a side elevational view taken from the left side of the sack for hanging on the back of a chair shown in FIG. 1.





# Tired of Classroom Clutter?

Do your students need help with organization?

Most classrooms have little or no working space. **Seat Sack™** is the answer!

**Seat Sack™** is a practical way to develop a neat and organized classroom.

**Seat Sack™** is machine washable and best of all the flame retardant fabric is well known to last up to 3 years.

All schools in your District are able to purchase **Seat Sack™** through the issue of a requisition. We are offering a special price of **$5.97**. This offer is good in participating school districts only.

We also accept school purchase orders, credit cards or we can invoice net 10 days.

**Seat Sack™** comes in a variety of different sizes to fit your classroom chairs.

| SMALL SIZE: | Fits up to a 12" wide chair | Pre-Grade 1 |
| --- | --- | --- |
| STANDARD: | Fits up to a 14" wide chair | For grades 1-3 |
| MEDIUM SQUARE: | Fits up to a 15" wide for square wooden chair | For grades 1-3 |
| LARGE: | Fits up to a 17" wide chair | For grades 3-5 |
| ADULT: | Fits up to a 19" wide chair | |

# Participating School District Pricing

## $5.97 Each

Orders over 150 receive
Free school logo screen printing

**GUARANTEED TO PLEASE
OR YOUR MONEY BACK!**

*Order This Very Practical Answer Today!*

# SEAT SACK™, INC.

The Practical Answer to Classroom Storage!

P.O. Box 9732  Naples, Florida 34101
Phone: (239) 596-2200  Toll free: (800) 764-1235
Fax: (239) 597-2803
Web site: www.SEATSACK.com



# SEAT SACK™, INC.

**The Practical Answer to Classroom Storage!**

P.O. Box 9732  Naples, Florida 34101
Phone: (239) 596-2200  Toll free: (800) 764-1235
Fax: (239) 597-2803
Web site: www.SEATSACK.com

```
PRSTD STD
US POSTAGE
   PAID
PERMIT #185
 NAPLES FL
```

SPECIAL SCHOOL DISTRICT PRICING

# School News & Notes

## Teaching Kids Early Organizational Skills

(NAPS)—Understanding the organizational skills used by children has become increasingly complex and important—and organizational differences among students play a large role in determining which children get the most out of their educational experience.

"Many second and third graders have difficulty with organization. It simply doesn't come naturally to them," says Judy McAlear, a special education teacher in Fernandina Beach, Fla.

Many seasoned teachers seem to prefer the use of folders to help teach organizational skills. For example, Nancy Boudon, who teaches first grade at Prospect Elementary School in Elyria, Ohio, has students carry a "Blue Dot Folder" in which they keep important papers and worksheets and a "Take Home Folder" with two pockets.

Another organizational tool used by teachers is Seat Sack™, a bright blue fabric storage bag that fits over the back of a student's classroom chair and holds folders, papers and other items. By adding another storage area to a child's desk area, teachers help eliminate "desk stuffing," a sloppy practice that inevitably leads to confusion and lost time.

### Tips For Parents

• Teach your child how to store and transport papers and other items to and from school;
• Consider using "To Do" lists and "Chore Charts";
• Assign your child a specific time to study and do homework each day;



It's in the bag. Seat Sack™ helps students learn organizational skills, lightens their backpack loads and conserves valuable classroom teaching time.

• Create a place for your child to complete homework. Be sure that location is stocked with appropriate supplies; and
• Offer plenty of praise when your child exhibits good organizational skills.

In addition, many teachers also agree that continual communication with parents is vital in teaching these and other skills. Face-to-face conferences, notes sent home with the students and, in Boudon's case, a personal Web site allow parents to keep current with classroom activities.

For the location of the school supply store nearest you, call (800) 764-1235 or go online at www.seatsack.com.