EXHIBIT D

Case 1:07-cv-03344-DFE   Document 25-5   Filed 07/24/2007   Page 1 of 7





# CHILDCRAFT
### Education Corp.

What's New | Classroom Designer© | Special Prices | Check Your Shopping Cart | Toys

Order by Item # | Request a Catalog | Exclusives | Customer Service | Security/FAQs | Safety Tested | Expert Library | GSA

**HOME**

**Quick Search**

Seat Sack 

**Shop by Category**

- **Active Play**
- **Arts & Crafts**
- **Audio Visual**
- **Block Play**
- **Carpets**
- **Children's Literature**
- **Classroom Furniture**
- **Cooking/Health/Nutrition**
- **Dramatic Play**
- **Infant/Toddler**
- **LEGO ®**
- **Literacy**
- **Manipulatives**
- **Math**
- **Mats & Cots**
- **Music**
- **Puzzles**
- **Records/Cassettes/CDs**
- **Sand & Water**
- **Science**
- **Social Studies**
- **Tables & Chairs**
- **Woodworking**

Items: 1 - 2 of 2                                                                 Page: 1


500028

**Premium Seat Pocket -- Small**
500028
Regular Price: $9.95
Sale Price: $7.95
More Information

Qty. 1

 Buy Now!

**Premium Seat Pocket -- Large**
500032
Regular Price: $9.95
More Information

Qty. 1

Buy Now!


500032

**Search Results Page: 1**

See left menu for more products.

© 2002 Childcraft Education. All rights reserved.

SafeKids.Com

# CHILDCRAFT
*Education Corp.*

What's New | Classroom Designer© | Special Prices | Check Your Shopping Cart | Toys

Order by Item # | Request a Catalog | Exclusives | Customer Service | Security/FAQs | Safety Tested | Expert Library | GSA

HOME

Quick Search

Shop by Category
- Active Play
- Arts & Crafts
- Audio Visual
- Block Play
- Carpets
- Children's Literature
- Classroom Furniture
- Cooking/Health/Nutrition
- Dramatic Play
- Infant/Toddler
- LEGO ®
- Literacy
- Manipulatives
- Math
- Mats & Cots
- Music
- Puzzles
- Records/Cassettes/CDs
- Sand & Water
- Science
- Social Studies
- Tables & Chairs
- Woodworking

## Product Information



500028

**Send item information to a friend**

Add 1   Add To My Cart

Continue Shopping

**Premium Seat Pocket -- Small**
Attractive two-tone canvas organizer in classic colors. Front pockets keep smaller items easily accessible. Fits chairs up to 16"H. Seat Pocket dimensions are 15" X 15 1/2".

| Regular Price | Sale Price | In Stock |
|---|---|---|
| $9.95 | $7.95 | Yes |

© 2002 Childcraft Education. All rights reserved.


SafeKids.Com

8/11/2006 11:54 AM

Childcraft Education Corp.                    https://www.childcrafteducation.com/cc/itemdsp00.asp?CODIV=01



# CHILDCRAFT
## Education Corp.

| What's New | Classroom Designer© | Special Prices | Check Your Shopping Cart | Toys |

Order by Item # | Request a Catalog | Exclusives | Customer Service | Security/FAQs | Safety Tested | Expert Library | GSA

**HOME**

**Quick Search**



**Shop by Category**
- Active Play
- Arts & Crafts
- Audio Visual
- Block Play
- Carpets
- Children's Literature
- Classroom Furniture
- Cooking/Health/Nutrition
- Dramatic Play
- Infant/Toddler
- LEGO ®
- Literacy
- Manipulatives
- Math
- Mats & Cots
- Music
- Puzzles
- Records/Cassettes/CDs
- Sand & Water
- Science
- Social Studies
- Tables & Chairs
- Woodworking

## Product Information



500032

**Send item information to a friend**



Add [1]   *Add To My Cart*

*Continue Shopping*

**Premium Seat Pocket -- Large**
Attractive two-tone canvas organizer in classic colors. Holds oversize items while front pockets keep smaller items accessible. Fits chairs up to 18"H. Seat Pocket dimensions are 17 1/2" X 15 1/2".

| Regular Price | In Stock |
|---|---|
| $9.95 | Yes |

© 2002 Childcraft Education. All rights reserved.



SafeKids.Com

# CHILDCRAFT
### 1-800-631-5652



What's New | Classroom Designer | Special Prices | Check Your Shopping Cart



## product search result



**Shop By Standards**
Keywords! Click Literacy, Math, Science and Social Studies to view the reference files. Enter the keyword in the field below to shop by standards

Search by Item number, Description or Standards Keywords.

[Seat sack]

**Shop by Category**
- Active Play
- Arts & Crafts
- Audio Visual
- Block Play
- Carpets
- Children's Literature
- Classroom Furniture
- Cooking/Health/Nutrition
- Dramatic Play
- Infant/Toddler
- LEGO ®
- Literacy
- Manipulatives
- Math
- Mats & Cots
- Music
- Puzzles
- Records/Cassettes/CDs
- Sand & Water
- Science
- Social Studies
- Tables & Chairs
- Woodworking

Items: 1 - 8 of 8                                                                      Page: 1 of 1


500028

**Premium Seat Pocket -- Small**
500028
Regular Price: $8.95
Sale Price: $7.95
More Information
Qty. 1

**Premium Seat Pocket -- Large**
500032
Regular Price: $9.95
Sale Price: $7.95
More Information
Qty. 1


500032


581816

**Welcome To Our Class! Seat Pocket**
581816
Regular Price: $6.99
More Information
Qty. 1

**Lost A Tooth! Seat Pocket**
581825
Regular Price: $6.99
More Information
Qty. 1


581825

**Happy Birthday! Seat Pocket**
581819
Regular Price: $6.99
More Information
Qty. 1

**Author's Chair Seat Pocket**
581822
Regular Price: $6.99
More Information
Qty. 1


581822

581819


581809

**Today's Helper Seat Pocket**
581809
Regular Price: $6.99
More Information
Qty. 1



JUL-19-2007 15:27  FROM:CREATIVE            9738820079        TO:12395962377        P.1

Top Quality Children's Products at Childcraft Education Corp.     Page 1 of 1

# CHILDCRAFT
## Education Corp.

What's New | Classroom Designer | Special Prices | Check Your Shopping Cart | Toys

Order by Item # | Request a Catalog | Policies | Customer Service | Security/FAQs | Safety Tested | Export Inquiry | GSA

**Quick Search**

SEAT SACKS

**Shop by Category**
- Active Play
- Arts & Crafts
- Audio Visual
- Block Play
- Carpets
- Children's Literature
- Classroom Furniture
- Cooking/Health/Nutrition
- Dramatic Play
- Infant/Toddler
- LEGO ®
- Literacy
- Manipulatives
- Math
- Mats & Cots
- Music
- Puzzles
- Records/Cassettes/CDs
- Sand & Water
- Science
- Social Studies
- Tables & Chairs
- Woodworking

Items: 1 - 4 of 4                                    Page: 1 of 1


370631

**Standard Seat Sack**
370631
Regular Price: $8.95
Sale Price: $7.95
More Information

Qty. 1
Buy Now!

**Extra Large Seat Sack**
390015
Regular Price: $11.95
Sale Price: $9.95
More Information

Qty. 1
Buy Now!


390015


500028

**Premium Seat Pocket Small**
500028
Regular Price: $6.95
More Information

Qty. 1
Buy Now!

**Premium Seat Pocket Large**
500032
Regular Price: $8.95
More Information

Qty. 1 
Buy Now!


500032

Search Results Page: 1

See left menu for more products.

© 2002 Childcraft Education. All rights reserved.


SafeKids.Com

https://www.childcrafteducation.com/cc/SearchResults.asp?UID=20040320235459968&H...    3/20/2004