EXHIBIT E

03/07

NYCBOE - Division of Financial Operations                                Page 1 of 1

 

NYC Department of Education
Joel I. Klein, Chancellor

FAMIS E-Catalog
Version 1.0

FAMIS E-CATALOG                                                    Help   Logoff

Welcome rpravat@schools.nyc.gov

Division of Contracts and Purchasing

Search Commodity: [All Commodities]      Search By: [Description]

[seat sack]   

Advanced Search

2 results found.

| Add To Cart | Item # | Description | View | U/M | Net Price |
|---|---|---|---|---|---|
| [Add to Cart] | 393921360 | SEAT SACK CC EDU CORP PRE K-3 2004 PG203 | | EACH | $ 7.16 |
| [Add to Cart] | 393922219 | EXTRA LARGE SEAT SACK CC EDU CORP PRE K-3 2004 PG203 | | EA. | $ 8.06 |

   

BID SERIAL 1C500                                                                GROUP 646

### 4.22  KEY DATES:

The following table outlines key dates of the bid process and the anticipated timeframe for an award and initial orders placed. Please review this timeline and ensure all dates are understood. Failure to meet a deadline relating to the bid is basis for disqualification. Please note that all dates associated with the award and initial orders resulting from this bid are subject to change at the sole discretion of the New York City Board of Education. Use the dates provided only as a reference to ensure that if awarded, you company can meet the ordering needs of the Board of Education

| Key Dates in Bid Process | Date | Time |
|---|---|---|
| Issuance of the Instructional Learning Materials Request for Bid and Attachments for download off the DCP website and for e-mail to Bidders | MONDAY JUNE 5, 2006 | 4:00 PM ET |
| Bidder's Pre- Bid Conference at the Board of Education Division of Contracts and Purchasing, 65 Court Street, Room 1701, Brooklyn, N. Y. 11201. 17TH FLOOR CONFERENCE ROOM, | FRIDAY JUNE 23, 2006 | 2:00-3:30 PM ET |
| Bidder deadline for submitting inquiries and questions using **RFB Clarifying Questions Form** | WEDNESDAY JUNE 28, 2006 | 4:00 PM ET |
| DCP deadline for issuing **Responses** to the **RFB Clarifying Questions** forms received on the Web Site RFB1C500@nycboe.net and at the Pre-Bid Conference. | TUESDAY, JULY 11, 2006 | 4:00 PM ET |
| Bidder deadline for submitting **Responses** to this **Request for Bid, including Vendex Questionnaire and Insurance Policies** | TUESDAY AUGUST 1, 2006 | 5:00 PM ET |
| Public Bid Opening of RFB 1C500 sealed responses | WEDNESDAY AUGUST 2, 2006 | 11:00 AM ET |
| Notice of Award decisions communicated to Bidders | FRIDAY SEPTEMBER 15, 2006 | 5:00 PM ET |

### 4.23  BIDDER CHECKLIST:

In order to facilitate expeditious and accurate completion of all bid responses, please refer to the following checklist to ensure that all activities are completed in a timely manner. Please review the checklist and confirm that you have all the required material and understand all of the bid requirements before submitting your response.

Please ensure that you have received each of the following documents for your response to this Request for Bid due **5:00 PM ET, TUESDAY, AUGUST 1, 2006**. The attachments include:
- RFB Clarifying Questions Form.doc (Section 5-1)
- Minimum Qualifications Form.doc (Section 5-2)
- Manufacturer's Certificate.doc (Section 5-3)
- Bid Blanks.xls (Section 6-1)

**Before submitting a bid, please check the Division of Contracts and Purchasing web site (http://www.nycenet.edu/opm) to make certain all amendments have been included.**

**END OF SPECIFICATION**