EXHIBIT H

Childcraft Education Corp.                          Early Childhood Direct
2920 Old Tree Drive                                2918 Old Tree Drive
Lancaster, PA 17603                                Lancaster, PA 17603


                                        May 15, 2000

Dear Childcraft and Early Childhood Direct Vendor,

It is time for us to begin work on our 2001 catalogs for Childcraft Education Corp.
and Early Childhood Direct. This past year there seemed to be some confusion
regarding our various requests for information pertinent to our respective catalogs.
We hope the information provided here, along with a chart of your contact for each
catalog/company, will define who we are and how we all fit into the School Specialty
family of companies.

Early Childhood Direct (ECD) and Childcraft Education Corp. (CEC) are both part of
the School Specialty family of companies. Although all School Specialty-owned
companies expect the same discounts, allowances, and terms as they relate to
vendors' products, we are separate entities in regard to shipping, billing, purchasing,
and merchandising. (Please see the enclosed chart for your contacts at ECD and
Childcraft.)

Throughout the year, ECD and CEC will both separately order products, pay vendors,
request updated information and ask for catalog allowances. This mailing is our
annual request for pricing and availability of products for next year's catalogs. Please
complete the forms and return them to our Product Information Coordinator by the
due date indicated.

Thank you for your continued efforts in helping to make our catalogs so successful.
We look forward to continuing our relationship with you in 2001.


Sincerely,

Ginger Murphy
Vice President of Merchandising and Purchasing