EXHIBIT J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SEAT SACK, INC.,

                   Plaintiff,

      -against-

CHILDCRAFT EDUATION CORP.; US OFFICE
PRODUCTS COMPANY; US OFFICE
PRODUCTS NORTH ATLANTIC DISTRICT,
INC.; and SCHOOL SPECIALTY, INC.,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

REPLY

07-CV-3344
(RJH)(DFE)

     Plaintiff, Seat Sack Inc., by its attorney, Edward J. Carroll, Esq. in reply to the

counterclaims set forth in defendants', Childcraft Education Corp., ("Childcraft") and

School Specialty, Inc., ("School Specialty") Answer and Counterclaims, respectfully

sets forth and alleges as follows:

     1. Denies each and every allegation contained in paragraphs 9, 10 and 11, of

defendants' Answer and Counterclaims.

     2. Denies knowledge and information contained in paragraphs 2, of defendants'

Answer and Counterclaims.

     WHEREFORE, plaintiff demands judgment against defendants, Childcraft

Education Corp., ("Childcraft") and School Specialty, Inc., ("School Specialty")

dismissing defendants' Answer and Counterclaims in favor of plaintiff and against

defendants as set forth in its Verified Complaint, together with such other and further

relief as to the Court may seem just and proper under the circumstances.

Dated: May 21, 2007

_____
EDWARD J. CARROLL, ESQ. (ec6937)
Attorney for Plaintiff
2733 Route 209
Kingston, New York 12401
(845) 338-5977

TO: ORRICK, HERRINGTON & SUTCLIFFE, LLP
    Attorneys for Defendants - Childcraft Education Corp., and School
    Specialty, Inc.
    Att: Richard W. Mark, Esq., (RM6884)
    666 Fifth Avenue
    New York, New York 10103

    YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
    Attorneys for Defendants - US Office Products Company and US Office
    Products North Atlantic District, Inc.
    Att: Sean M. Beach, Esq.
    P.O. Box 391
    Wilmington, Delaware 19899-0391

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SEAT SACK, INC.,                                            AFFIDAVIT
                                                            OF SERVICE
                        Plaintiff,

        -against-                                           07-CV-3344
                                                            (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.; US OFFICE
PRODUCTS COMPANY; US OFFICE
PRODUCTS NORTH ATLANTIC DISTRICT,
INC.; and SCHOOL SPECIALTY, INC.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


STATE OF NEW YORK)
                                )SS.:
COUNTY OF ULSTER)


        I, MARGARET DINGMAN, being duly sworn, deposes and says:

        1. I am not a party to the action, and am over the age of 18 years and reside in
Kingston, New York.

        2. On May 21, 2007, I served one true copy of the annexed Reply by mailing the
same in a sealed envelope, with postage prepaid thereon, in a post-office or official
depository of the U.S. Postal Service within the State of New York, addressed to the
last-known address of the addressee(s) as indicated below:

                ORRICK, HERRINGTON & SUTCLIFFE, LLP
                Attorneys for Defendants - Childcraft Education Corp., and School
                  Specialty, Inc.
                Att: Richard W. Mark, Esq., (RM6884)
                666 Fifth Avenue
                New York, New York 10103

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Attorneys for Defendants - US Office Products Company and US
Office Products North Atlantic District, Inc.
Att: Sean M. Beach, Esq.
P.O. Box 391
Wilmington, Delaware 19899-0391

_Margaret Dingman_
MARGARET DINGMAN

Sworn to before me this
21st day of May, 2007.

_Debra L. Leacock_
Notary Public

**Debra L. Leacock**
**Notary Public, State of New York**
**Qualified in Ulster County**
**Commission Expires January 14, 2011**