UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

SEAT SACK, Inc., et al,

                Plaintiff

    -against-

CHILDCRAFT EDUCATION, CORPORATION, et al,

                Defendants.
----------------------------------------------------------X
-------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07Civ. 03344 (RJH) (DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__ Settlement*

__ Inquest After Default/Damages Hearing

_X_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
             August 10, 2007

                                  _____
                                  HON: Richard J. Holwell
                                  United States District Judge