Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
SEAT SACK, INC.,                          :

            Plaintiff,                    :

      -against-                           :

CHILDCRAFT EDUCATION CORP.;               :     CASE NO. 07-CIV-3344 (RJH)(DFE)
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH                  :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,                   :

            Defendants.                   :
------------------------------------ X

## STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED AND AGREED that briefing on the Plaintiff's Motion

for Preliminary Injunction shall proceed as follows: Defendants Childcraft Education Corp. and

School Specialty, Inc. shall file a response brief on or before August 23, 2007. Plaintiff Seat

Sack, Inc. shall file a reply brief on or before September 6, 2007.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

Dated: August ___, 2007

By: _____

Edward J. Carroll
LAW OFFICE OF EDWARD J. CARROLL
2733 Route 209
Kingston, NY 12401

Attorney for Plaintiff,
Seat Sack, Inc.

Dated: August ___, 2007

By: _____

Richard Mark
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
666 Fifth Avenue
New York, NY 10103

OF COUNSEL:
Nicholas A. Kees
Anthony S. Baish
Mark E. Schmidt
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

Attorneys for Defendants,
Childcraft Education Corp. and
School Specialty, Inc.

## ORDER

IT IS SO ORDERED:

Dated: ___8/15/07___, 2007.

BY THE COURT:

Richard J. Holwell
United States District Judge

mw1355643_1