# EXHIBIT A

## CHILDCRAFT EDUCATION CORP. EXCLUSIVES
## GROWING YEARS CATALOG

**EXCLUSIVITY:** We are requesting information on the items listed below which are featured in Childcraft Education Corp.'s Growing Years Catalog. Terms of exclusivity include:

**CODE A.**   EXCLUSIVE PRODUCTS UNDER CHILDCRAFT LABEL: Products manufactured for Childcraft by other manufacturers/vendors and labeled with the Childcraft name.

**CODE B.**   EXCLUSIVE PRODUCTS NOT BEARING CHILDCRAFT LABEL but manufactured by a vendor who has given Childcraft the exclusive right to be the "sole source" of the product. This right is typically supported by this signed agreement between the vendor and Childcraft, and may include exclusivity with respect to all or to part of the product, such as its color, size, shape, and/or function.

**CODE C.**   EXCLUSIVE COLLECTIONS: Sets of products whose components may be individually bought on the open market, but selected or assembled by Childcraft into sets that may include, but not be limited to:
   a. assortments not elsewhere available as a collection, and/or
   b. functional packaging intended for a specific educational purpose (i.e.
   size and dimensions of the collections as contained in specifically
   configured containers to fit within or adjacent to another product.)

Please sign this page (or respond in writing if items are not exclusive to Childcraft) and return AS SOON AS POSSIBLE to Liz Scott at the fax number below.

Thank you for your prompt response to this request.

| Product Description | Childcraft Item # | Vendor Item # | Exclusivity Code |
|---|---|---|---|
| SEAT SACK | #370631 | seatsack3 | A |

This letter is to confirm exclusivity of the vendor's product(s) listed created for Childcraft Education Corp. If possible, please provide us with this letter of exclusivity on your letterhead.

Vendor: SEAT SACK INC.    Date: 1/28/00

Signature (Name & Title): _[signature]_

Print Name: ANNE MCALEAR

FROM:
Liz Scott
Childcraft Education Corp.
2920 Old Tree Drive
Lancaster, PA 17603
FAX (717) 391-4061   PHONE (717) 391-4050

# EXHIBIT B

# CHILDCRAFT
*Education Corp.*

**Pre-K to Grade 3 Catalog for 2004**

**Awarded "America's Best Wood Product Company"**



Author John Archambault shares his big book, *Chicka Chicka Boom Boom*, with some friends.

1-800-631-
www.childcraft

# Tables and Chair





**Table VALUE PRICED!**

### E. Childcraft Economy Table

Heavy-duty solid maple frame with clear finish at a 21¼" height. Table has a 21" x 30" smooth plastic laminate top. Easy leg assembly. Hardware and instructions included. Chairs sold separately. Made in USA. 28

| | | WAS | SAI |
|---|---|---|---|
| 4G190405 | Economy Table | $99.99 | $94. |
| 4G370100 | 12" Maple Chair | $59.99 | |
| 4G370262 | 14" Maple Chair | $66.99 | |

**Children Come in Assorted Sizes...**
To match chair and table sizes to your children, Childcraft recommends:

| Age | Chair Height | Table Height |
|---|---|---|
| 2-3 | 10" | 18" |
| 3-4 | 12" | 20" |
| 4-5 | 12" | 20" |
| 5-6 | 12" to 14" | 22" to 24" |
| 6-8 | 14" to 16" | 24" to 26" |
| 8+ | 16" to 18" | 26" to 30" |

## D. Childcraft Rectangular Tables



**24" x 36" Rectangular Tables**     **$129.00**
**(Seats 4) 39 lbs.**

| 4G94417 - 24" x 36", 18¾"H | 4G94375 - 24" x 36", 24"H |
|---|---|
| 4G94409 - 24" x 36", 20"H | 4G288779 - 24" x 36", 26"H |
| 4G94391 - 24" x 36", 22"H | 4G359851 - 24" x 36", 28"H |
| | 4G359869 - 24" x 36", 30"H |



**24" x 48" Rectangular Tables**     **$139.00**
**(Seats 6) 47 lbs.**

| 4G94334 - 24" x 48", 18¾"H | 4G94300 - 24" x 48", 24"H |
|---|---|
| 4G94797 - 24" x 48", 20"H | 4G288787 - 24" x 48", 26"H |
| 4G94318 - 24" x 48", 22"H | 4G359877 - 24" x 48", 28"H |
| | 4G359885 - 24" x 48", 30"H |



**30" x 48" Rectangular Tables**     **$149.00**
**(Seats 6) 56 lbs.**

| 4G94268 - 30" x 48", 18¾"H | 4G94235 - 30" x 48", 24"H |
|---|---|
| 4G94250 - 30" x 48", 20"H | 4G94227 - 30" x 48", 26"H |
| 4G94243 - 30" x 48", 22"H | 4G359893 - 30" x 48", 28"H |
| | 4G359901 - 30" x 48", 30"H |

**SAVE up to 25%**



### F. Childcraft Seat Sacks™

Seat sacks with deep pockets slip over the back of most chairs to add vital storage space right where you need it. Made of durable laminated cotton/poly fabric that wipes clean with a damp cloth. Comes in two sizes. Standard fits wooden chairs 10" to 14" and plastic chairs 10" to 16". Extra-large fits wooden chairs 16" to 18".

| 4G370631 | Standard Seat Sack™ | WAS $9.95  SALE $7.95 |
|---|---|---|
| 4G390015 | Extra-Large Seat Sack™ | WAS $11.95  SALE $8.95 |

### G. Childcraft Economy Rectangular Table and Maple Chairs Set

Here's a practical and economical addition to study areas, learning centers and other locations set aside for small-group work or play: a sturdily built rectangular table with a laminated woodgrain table top, combined with our economy maple chairs. Table is 24" x 36" with 22"-high legs. Available with and without 12"H chairs.

| 4G94391 | Rectangular Table Only | $129.00 |
|---|---|---|
| 4G370429 | Rectangular Table with 2 Chairs | $248.98 |
| 4G370281 | Rectangular Table with 4 Chairs | $368.96 |

Shop Our On-Line Store @ www.childcraft.com



B



C

## Seat Stacking Chairs

contour chairs combine maximum comfort with rugged durabili- stack easily to free floor space. One-piece seats, molded of high- ethylene, are riveted to the frame. Frame and legs are heavy- ır steel with durable baked-enamel finish. Legs have non-mar- usting glides. Available in varying heights.

| ıe | Green | Red | Yellow | REG | SALE |
|---|---|---|---|---|---|
| 033 | 4G350058 | 4G350041 | 4G350066 | $41.50 | $26.99 |
| 074 | 4G350090 | 4G350082 | 4G350108 | $41.50 | $26.99 |
| 116 | 4G350132 | 4G350124 | 4G350140 | $44.00 | $28.99 |
| 157 | 4G350173 | 4G350165 | 4G350181 | $45.50 | $29.99 |

## C. Contemporary Stacking Chairs

Contoured back offers back and shoulder support, yet overall design of chair permits unusual freedom of movement. Backs and seats of high-density poly- ethylene are riveted to the frame. Frame and legs are heavy-gauge tubular steel with durable baked-enamel finish. Legs have non-marring, self-adjust- ing glides. Available in varying heights.

| Size | Blue | Green | Red | Yellow | REG | SALE |
|---|---|---|---|---|---|---|
| 10" | 4G350199 | 4G350215 | 4G350207 | 4G350223 | $43.50 | $29.99 |
| 12" | 4G350231 | 4G350256 | 4G350249 | 4G350264 | $43.50 | $29.99 |
| 14" | 4G350272 | 4G350298 | 4G350280 | 4G350306 | $45.00 | $32.99 |
| 16" | 4G350314 | 4G350330 | 4G350322 | 4G350348 | $47.50 | $33.99 |



D



E

### E. Childcraft Premium Seat Pockets

**NEW** Attractive two-tone organizer in classic colors. Large pocket holds books, binders and oversize items while small front pockets keep pens, pencils, markers easily accessible. Heavy-duty canvas with room for personal identification. Small size appropriate for chairs up to 16"H. Large size designed for chairs up to 18"H.

| | | |
|---|---|---|
| 4G500028 | Small Seat Pocket | $8.95 |
| 4G500032 | Large Seat Pocket | $9.95 |

## Chairs

:her chairs now available in both nd Contemporary styling. High-density polyethylene seats and heavy-guage rame and legs with durable baked-enamel finish. Seat height is 18".

| | Blue | Green | Red | Yellow | REG | SALE |
|---|---|---|---|---|---|---|
| y | 4G411439 | 4G411454 | 4G411445 | 4G411574 | $54.50 | $34.99 |
| | 4G410014 | 4G411643 | 4G411634 | 4G411673 | $56.50 | $34.99 |

209