Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SEAT SACK, INC.,                      :
            Plaintiff,                :
    -against-                         :
CHILDCRAFT EDUCATION CORP.;           :    CASE NO.  07-CIV-3344 (RJH)(DFE)
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH              :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :
            Defendants.               :
------------------------------------- X

## DECLARATION OF CATHY S. KLINGER

1. I am the Web Director for Childcraft Education Corporation ("Childcraft"), a position I have held since approximately 2002.

2. As Web Director, I am familiar with the operation and processes of Childcraft's website.

3. Until recently, if a visitor to Childcraft's website entered the search term "Seat Sack," the website would produce information about both the Seat Sack product, which I understand to be made by Plaintiff Seat Sack, Inc., and the Seat Pocket, made by Childcraft.

4. The results of searches conducted by visitors to Childcraft's website are determined by automated protocols set forth in the website's software. As with all other searches

on Childcraft's website, the results of a search under the term "Seat Sack" were produced in accordance with these automated protocols.

5.  Childcraft did not change or manipulate the search protocols of its website to influence the results of searches containing the terms "seat," "Seat Sack," or "Seat Pocket."

6.  At the instruction of Virginia Murphy, I have directed the reconfiguration Childcraft's website search protocols so that a search for "Seat Sack" does not yield results that include information about the Seat Pocket.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of August, 2007.

_Cathy S. Klinger_
Cathy S. Klinger

mw1366072_1