Richard W. Mark (RM 6884)
David M. Fine (DF 4479)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SEAT SACK, INC.,                      :

       Plaintiff,                     :

  -against-                           :

CHILDCRAFT EDUCATION CORP.;           :   CASE NO.  07-CIV-3344 (RJH)(DFE)
US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH              :
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,               :

       Defendants.                    :
------------------------------------- X

## DECLARATION OF MARK E. SCHMIDT

1.    I am one of the attorneys for Defendants School Specialty, Inc. and Childcraft Education Corp. ("Childcraft Defendants") in the above-captioned matter.

2.    Attached hereto as Exhibit A is a true and correct copy of information available on the United States Patent and Trademark Office website that indicates no trademark registration has been issued for the Seat Sack.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of August, 2007.

                                                     Mark E. Schmidt

mw1365567_1

# EXHIBIT A



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Aug 22 04:06:40 EDT 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST]
[NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ] **Record 1 out of 6**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# SEAT SACK

| | |
|---|---|
| **Word Mark** | SEAT SACK |
| **Goods and Services** | IC 022. US 001 002 007 019 022 042 050. G & S: Pouch made of nylon or other fabric fitted for placement over the back of a chair for use as storage. FIRST USE: 19920912. FIRST USE IN COMMERCE: 19970520 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78955618 |
| **Filing Date** | August 18, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 29, 2007 |
| **Owner** | (APPLICANT) Seat Sack, Inc. CORPORATION FLORIDA P.O. Box 9732 Naples FLORIDA 34109 |
| **Attorney of Record** | Edward M. Livingston |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |


| Live/Dead Indicator | LIVE |
| --- | --- |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY