Richard W. Mark
David M. Fine
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

SEAT SACK, INC.,                                :

    Plaintiff,                        :

  -against-                                   .    07-CV-3344 (RJH) (DFE)
                                                             :
CHILDCRAFT EDUCATION CORP.;      .    **DECLARATION OF SERVICE**
US OFFICE PRODUCTS COMPANY;       :
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and          :
SCHOOL SPECIALITY, INC.,
                                                             :
    Defendants.
------------------------------------- X

   David M. Fine, an attorney duly admitted to practice law in the State of New York, declares as follows:

   1.  I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

   2.  On the 23rd day of August, 2007, I served true copies of the annexed **Childcraft Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, 8/23/2007 Declaration of Virginia Murphy, 8/23/2007 Declaration of Cathy S. Klinger, and 8/23/2007 Declaration of Mark E. Schmidt** upon:

     Edward J. Carroll, Esq.
     Attorney for Plaintiff
     2733 Route 209
     Kingston, NY  12401

Sean M. Beach, Esq.
Young Conaway Stargatt & Taylor, LLP
Attorneys for USOP Liquidating LLC
(f/k/a US Office Products Company
    and US Office Products North Atlantic District, Inc.)
P.O. Box 391
Wilmington, DE  19899-0391

by first class mail, by depositing true copies thereof in a postage prepaid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed to the address designated by them for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
    August 23, 2007

_____
David M. Fine