UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SEAT SACK, INC.,

                              Plaintiff,

-against-                              AFFIDAVIT OF SERVICE

CHILDCRAFT EDUCATION CORP.; US OFFICE     Case No. 07-CV-3344
PRODUCTS COMPANY; US OFFICE                  (RJH)(DFE)
PRODUCTS NORTH ATLANTIC DISTRICT,
INC.; and SCHOOL SPECIALTY, INC.,

                              Defendants.

------------------------------------x

STATE OF NEW YORK)
COUNTY OF ULSTER) ss.:

    DEBRA LEACOCK, being duly sworn, deposes and says:

    1. I am not a party to the action, am over the age of 18 years and reside in Shokan, New York.

    2. On September 5, 2007, I served a true coy of the annexed Reply Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiff's Cross Motion for a Preliminary Injunction by transmitting the same to the attorneys by electronic means to the telephone number or other station or other limitation designated by the attorneys for that purpose. In doing so, I received a signal from the equipment of the attorneys indicating that the transmission was received, and mailed a copy of same to those attorneys, in a sealed envelope, with postage prepaid thereon, in a post office of the U.S. Postal Service within the State of New York, addressed to the last known addresses of the addresses as indicated below:

        ORRICK, HERRINGTON & SUTCLIFFE, LLP
        Att: RICHARD W, MARK, ESQ. and DAVID M. FINE, ESQ.
        Attorneys for Defendants, CHILDCRAFT EDUCATION CORP.
        and SCHOOL SPECIALTY, INC.
        666 Fifth Avenue
        New York, New York 10103
        Facsimile: 212-506-5151

GODFREY & KAHN, S.C. (OF COUNSEL)
Att: ANTHONY S. BAISCH, ESQ., MARK E. SCHMIDT, ESQ.
and NICHOLAS A. KEES, ESQ.
Attorneys for Defendants, CHILDCRAFT EDUCATION CORP.
And SCHOOL SPECIALTY, INC.
780 North Water Street
Milwaukee, Wisconsin 53202
Facsimile: 414-273-5198

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
Att: SEAN M. BEACH, ESQ.
Attorneys for USOP LIQUIDATING LLC (f/k/a US OFFICE
PRODUCTS COMPANY and US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.)
P.O. Box 391
Wilmington, Delaware 19899
Facsimile: 302-571-1253

_____
DEBRA LEACOCK

Sworn to before me this
5th day of September, 2007.

_____
NOTARY PUBLIC

EDWARD J. CARROLL
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ULSTER COUNTY
COMMISSION EXPIRES JUNE 30, 2011