UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

SEAT SACK, INC.,

              Plaintiff,

  -against-

CHILDCRAFT EDUCATION CORP., et al.

              Defendants.

------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3344 (RJH) (DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_ Specific Non-Dispositive Motion/Dispute:*
_____
_____

\_\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

\_\_\_ Settlement*

\_\_\_ Social Security

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: \_\_\_\_

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              November 27, 2007

                                                      Richard J. Holwell
                                                      United States District Judge