LAW OFFICE OF

*Edward J. Carroll*

2733 ROUTE 209
KINGSTON, NEW YORK 12401

OCT 15 2007

TEL (845) 338-5077
FAX (845) 338-5075

EDWARD J. CARROLL

PARALEGAL
DEBRA LEACOCK

October 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07
```

Honorable Douglas F. Eaton
United States Magistrate Judge
District Court for the Southern
District of New York
500 Pearl Street
New York, New York 10007-1312
Fax: (212) 805-6181

Attn: Elyse Entin, Esq.

Re: Seat Sack, Inc. v. Childcraft Education Corp., et al.
   07-CV-3344 (RJH)(DFE)

Dear Ms. Entin:

Please be advised that my office represents the plaintiff in the above entitled action.

Enclosed please find plaintiff's proposed civil case management plan which is submitted to supply the Court with details of plaintiff's position in this lawsuit.

Please be advised that my office was notified that both defendants, U.S. Office Products Company and U.S. Office Products North Atlantic District, Inc., have filed for bankruptcy protection in the United States Bankruptcy Court in the District of Delaware. Enclosed please find correspondence which was received from Sean M. Beach, Esq., which is self-explanatory. These defendants, having received bankruptcy protection and a stay against any further litigation and/or having been discharged, liquidated and relieved of responsibility, the plaintiff does not intend to pursue this action any further against those defendants.

My office is simply obeying Federal law and this should not be construed as a voluntary discontinuance under the circumstances.

However, due to the foregoing, kindly mark the Court records in this action confirming that the plaintiff is discontinuing against defendants, U.S. Office Products Company and U.S. Office Products North Atlantic District, Inc., with a reservation of rights to continue this lawsuit against Childcraft Education Corp. and School Specialty, Inc.

Naturally, if you have any further questions, please do not hesitate to contact my office.

Very truly yours,

*Edward J. Carroll*

Edward J. Carroll
EJC/sd

**By fax and regular mail**

cc. w/encls.:   Young, Conaway, Stargatt & Taylor, LLP
Attn: Sean M. Beach, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Fax: (302) 571-1253

Orrick, Herrington & Sutcliffe, LLP
Attn: David Fine, Esq.
666 Fifth Avenue
New York, New York 10103-0001
Fax: (212) 506-5151

> Plaintiff's claims against U.S. Office Products Company and U.S. Office Products North Atlantic District, Inc. are dismissed without prejudice.
>
> SO ORDERED
>
> [signature]
>
> USDJ
> 11/27/07