UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
SEAT SACK, INC.,                         :

       Plaintiff,                       :

  -against-                                 07-CV-3344 (???)(DFE)

CHILDCRAFT EDUCATION CORP.;              :
US OFFICE PRODUCTS COMPANY;                 **MOTION TO ADMIT COUNSEL**
US OFFICE PRODUCTS NORTH                 :   ***PRO HAC VICE***
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,                  :

       Defendants.
---------------------------------------- X

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, David M. Fine, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:   Anthony S. Baish
    Firm Name:         Godfrey & Kahn, S.C.
    Address:           780 North Water Street
    City/State/Zip:     Milwaukee, WI 53202-3590
    Phone Number:    (414) 273-3500
    Fax Number:      (414) 273-5198

*[Handwritten annotation: 2/13/08 — I grant this request. Douglas F. Eaton]*

Anthony S. Baish is a member in good standing of the Bar of the State of Wisconsin, and is also admitted to practice in the United States Courts of Appeals for the Seventh Circuit and the Federal Circuit, and in the United States District Courts for the Eastern and Western Districts of Wisconsin, the Northern District of Indiana, and the Western District of Michigan. There are no pending disciplinary proceedings against Anthony S. Baish in any State or Federal court.



666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Attorneys for Defendants,
Childcraft Education Corp. and
School Specialty, Inc.

```
------------------------------------X
SEAT SACK, INC.,                    :

            Plaintiff,              :

    -against-                       :   07-CV-3344 (RJH)(DFE)

CHILDCRAFT EDUCATION CORP.;         :   AFFIDAVIT OF DAVID M. FINE IN
US OFFICE PRODUCTS COMPANY;         :   SUPPORT OF MOTION TO ADMIT
US OFFICE PRODUCTS NORTH            :   COUNSEL PRO HAC VICE
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,             :

            Defendants.             :
------------------------------------X
```

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

David M. Fine, being duly sworn, hereby deposes and says as follows:

1. I am associated with Orrick, Herrington & Sutcliffe LLP, counsel for defendants Childcraft Education Corp. and School Specialty, Inc. (the "Childcraft Defendants") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Childcraft Defendants' motion to admit Anthony S. Baish as counsel *pro hac vice* to represent them in this matter.

2. I am a member in good standing of the bars of the State of New York and the District of Columbia, and was admitted to practice law on January 25, 2000 (State of New York)



5. I have found Mr. Baish to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Anthony S. Baish, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Anthony S. Baish, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Anthony S. Baish, *pro hac vice*, to represent the Childcraft Defendants in the above captioned matter, be granted.

_____
David M. Fine (DF 4479)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
Phone Number: (212) 506-5000
Fax Number: (212) 506-5151

Sworn to and subscribed

before me this ___ day of May, 2007

_____
Notary Public

LORRAINE C. PHILLIPE
Notary Public, State of New York
No. 41-4800598
Qualified in Queens County
Commission Expires October 31, 20__

-2-

# CERTIFICATE OF GOOD STANDING

I, David R. Schanker, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

ANTHONY S. BAISH

was admitted to practice as an attorney within this state on April 21, 1998 and is presently in good standing in this court.

Dated: May 3, 2007

DAVID R. SCHANKER
Clerk of Supreme Court

AP 7000, 03/2005 Certificate of Good Standing



US OFFICE PRODUCTS COMPANY;
US OFFICE PRODUCTS NORTH
ATLANTIC DISTRICT, INC.; and
SCHOOL SPECIALTY, INC.,

        Defendants.

------------------------------------- X

**PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of David M. Fine, attorney for defendants Childcraft Education Corp. and School Specialty, Inc., and said sponsor attorney's affidavit in support;

### IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Anthony S. Baish |
| Firm Name: | Godfrey & Kahn, S.C. |
| Address: | 780 North Water Street |
| City/State/Zip: | Milwaukee, WI 53202-3590 |
| Telephone/Fax: | (414) 273-3500 / (414) 273-5198 |
| Email Address: | tbaish@gklaw.com |

is admitted to practice *pro hac vice* as counsel for defendants Childcraft Education Corp. and School Specialty, Inc. in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:

                                                                     United States District/Magistrate Judge