```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SEAT SACK, INC.,
                                          07 Civ. 3344 (DFE)
                    Plaintiff,
                                          This is an ECF case
          - against -
                                          MEMORANDUM AND ORDER
CHILDCRAFT EDUCATION CORP., and
SCHOOL SPECIALTY, INC.,

                    Defendants.
------------------------------------x
```

DOUGLAS F. EATON, United States Magistrate Judge.

    1. Document 22 was plaintiff's motion for a preliminary injunction. I denied that motion during the oral argument on February 13, 2008, at pages 27-31, and I confirmed that denial in my Memorandum and Order dated February 14, 2008. The Docket Clerk noted this in the docket entry for Document 45.

    2. Document 17 was defendant's motion for dismissal. I addressed that motion in my February 14 Memorandum and Order, but I now clarify my ruling. I hereby deny Document 17, without prejudice to renewal after March 31, 2008.

    3. I direct the Docket Clerk to remove Document 17 and Document 22 from the current list under the Civil Justice Reform Act ("CJRA").

                                             */s/ Douglas F. Eaton*
                                      DOUGLAS F. EATON
                                      United States Magistrate Judge
                                      500 Pearl Street, Room 1360
                                      New York, New York 10007
                                      Telephone: (212) 805-6175
                                      Fax: (212) 805-6181

Dated:    New York, New York
            March 26, 2008

Copies of this Memorandum and Order are being sent by electronic filing to:

Edward J. Carroll, Esq.
David M. Fine, Esq.
Anthony S. Baish, Esq.